# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                               CASE NO: 3:02CR4-001LAC

KIRK R. WASSONG, JR.,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

    Defendant's sentence of confinement is, therefore, reduced on Count I from 84 months to 36 months. The sentence of Count II remains 60 months consecutive to Count I. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 7 June 2002 remains unchanged.

    **ORDERED** this 17th day of September, 2007.

                                                        *s/L.A. Collier*
                                                      LACEY A. COLLIER
                                                  United States District Judge